UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **GARRY EARL SHIDLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CAUSE NO.  3:05-CV-804 AS |
| v. ) | |
| ) | |
| **ROBERT MOORE,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

### *OPINION AND ORDER*

Garry Earl Shidler, a *pro se* prisoner, submitted a motion to amended his 42 U.S.C. § 1983 complaint. Mr. Shidler seeks to add both new claims and new defendants. "Leave to amend is to be 'freely given when justice so requires.'" *Liu v. T&H Machine,* 191 F.3d 790, 794 (7th Cir. 1999) quoting Fed. R. Civ. P. 15(a). Therefore the motion to amend will be granted.

Pursuant to 28 U.S.C. § 1915A, the court must review the merits of a prisoner complaint and dismiss it if the action is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. Until the court has reviewed this amended complaint, it cannot be served. There are currently several deadlines in this case, but it would be inefficient for the parties to proceed until the new complaint has been screened and served. Therefore the current deadlines will be vacated and the case stayed pending re-screening.

Additionally, Mr. Shidler did not provide a summons nor USM-285 for either

Chaplin Babb or Administrative Assistant Chris Johnson. Therefore Mr. Shidler must cure those deficiencies.

For the foregoing reasons, the court:

(1) **GRANTS** the motion to amend (docket # 20);

(2) **DIRECTS** the clerk to file, but not serve, the amended complaint;

(3) **VACATES** the deadlines and scheduling order (docket # 18);

(4) **STAYS** this case pending re-screening pursuant to 28 U.S.C. § 1915A;

(5) **ORDERS** Garry Earl Shidler to submit a properly completed summons and USM-285 for Chaplin Babb and Administrative Assistant Chris Johnson on or before April 14, 2006;

(6) **DIRECTS** the clerk to enclose two blank summons and two blank USM-285's with the copy of this order that is sent to the plaintiff; and

(7) **CAUTIONS** Garry Earl Shidler that if he does not submit those forms by the deadline that this case may be dismissed without prejudice and without further notice pursuant to FED. R. CIV. P. 41(b) for not complying with an order of this court.

**IT IS SO ORDERED.**

**ENTERED: March 24 , 2006**

**S/ ALLEN SHARP**
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**